IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARK M. GRIER,            )
                          )
    Plaintiff,            )
                          )
v.                        )   CASE NO. CV419-120
                          )
GEORGIA-PACIFIC CONSUMER  )
OPERATIONS, LLC,          )
                          )
    Defendant.            )
_____)

### O R D E R

Before the Court is the parties' Stipulation of Dismissal. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 26) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of July 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA